JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN PARRA GUZMAN,<br><br>Petitioner,<br><br>v.<br><br>SHANNON DICUS, et al.,<br><br>Respondents. | Case 5:26-cv-01857-AYP<br><br>JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: May 14, 2026

_____
HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE